*C4*

**FILED**

J.N

JAN 2 2 2008
Jan 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

PACIFIC FREIGHT EXPRESS,

Plaintiff

v.

MIDWEST AIR TECHNOLOGIES, INC.

Defendant

08CV475
JUDGE DARRAH
MAG. JUDGE COLE

## COMPLAINT

NOW COMES Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorneys, LAW OFFICES OF STEVEN D. GERTLER & ASSOCIATES, LTD., and in complaining of Defendant, MIDWEST AIR TECHNOLOGIES, INC., states as follows:

1. That this lawsuit is brought pursuant to Title 49 of the Untied States Code, including but not limited to Title 49 U.S.C. Chapter 135, Sec. 13501(a)(1).

2. That the Plaintiff sold and delivered goods and/or rendered services to the Defendant, including but not limited to freight shipment and rental equipment, as more fully set forth in Plaintiff's statement and invoices, a copy of which is attached hereto and made a part thereof as Exhibit A.

3. That after all just set-offs, payments and credits, there is due and owing for said goods and/or services to the Plaintiff by the Defendant, the sum of $2328.24, which sum the Defendant has wrongfully refused and/or failed to pay, although requested to do so.

WHEREFORE, Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, prays for this Court to award Judgment for the Plaintiff and against the Defendant in the amount of $2328.24, plus costs of suit.

LAW OFFICES OF STEVEN D. GERTLER
& ASSOCIATES, LTD.

_____
STEVEN D. GERTLER
Attorney for Plaintiff

LAW OFFICES OF STEVEN D. GERTLER & ASSOC., LTD.
Attorney for Plaintiff
415 N. LaSalle St., Ste. 402
Chicago, Illinois  60610
(312) 781-6868
Attorney No. 42422

07/28/2006  09:51  2866829531    PACIFIC FREIGHT    PAGE  02/02



AM
9/06

## Pacific Freight Express, Inc.
### A/R Aging QuickZoom
### As of July 28, 2006

| Type | Date | Num | Name | Open Balance |
|------|------|-----|------|--------------|
| **MIDWEST AIR TECHNOLOGIES** | | | | |
| Invoice | 12/21/2004 | 134196 | MIDWEST AIR TECHNOLOGIES | 438.82 |
| Invoice | 12/21/2004 | 134197 | MIDWEST AIR TECHNOLOGIES | 315.00 |
| Invoice | 2/9/2005 | 134752 | MIDWEST AIR TECHNOLOGIES | 847.00 |
| Invoice | 2/18/2005 | 134852 | MIDWEST AIR TECHNOLOGIES | 200.00 |
| Invoice | 2/28/2005 | 135312 | MIDWEST AIR TECHNOLOGIES | 170.00 |
| Invoice | 3/1/2005 | 134932 | MIDWEST AIR TECHNOLOGIES | 315.00 |
| Invoice | 3/1/2005 | 134933 | MIDWEST AIR TECHNOLOGIES | 110.25 |
| Invoice | 3/1/2005 | 135508 | MIDWEST AIR TECHNOLOGIES | 311.39 |
| Invoice | 3/15/2005 | 135156 | MIDWEST AIR TECHNOLOGIES | 65.00 |
| Invoice | 3/18/2005 | 135285 | MIDWEST AIR TECHNOLOGIES | 60.91 |
| Invoice | 3/18/2005 | 135200 | MIDWEST AIR TECHNOLOGIES | 12.50 |
| Invoice | 3/21/2005 | 135229 | MIDWEST AIR TECHNOLOGIES | 53.59 |
| Invoice | 3/22/2005 | 135246 | MIDWEST AIR TECHNOLOGIES | 27.91 |
| Invoice | 3/22/2005 | 135257 | MIDWEST AIR TECHNOLOGIES | 60.40 |
| Invoice | 3/23/2005 | 135243 | MIDWEST AIR TECHNOLOGIES | 29.14 |
| Invoice | 3/23/2005 | 135245 | MIDWEST AIR TECHNOLOGIES | 79.21 |
| Invoice | 3/23/2005 | 135254 | MIDWEST AIR TECHNOLOGIES | 10.00 |
| Invoice | 3/25/2005 | 135277 | MIDWEST AIR TECHNOLOGIES | 66.83 |
| Invoice | 3/28/2005 | 135300 | MIDWEST AIR TECHNOLOGIES | 12.01 |
| Invoice | 3/30/2005 | 135345 | MIDWEST AIR TECHNOLOGIES | 351.51 |
| Invoice | 3/31/2005 | 135309 | MIDWEST AIR TECHNOLOGIES | 38.09 |
| Invoice | 4/1/2005 | 135338 | MIDWEST AIR TECHNOLOGIES | 100.00 |
| Invoice | 4/5/2005 | 135358 | MIDWEST AIR TECHNOLOGIES | 56.87 |
| Invoice | 4/5/2005 | 135359 | MIDWEST AIR TECHNOLOGIES | 354.01 |
| Invoice | 4/5/2005 | 135404 | MIDWEST AIR TECHNOLOGIES | 255.03 |
| Invoice | 4/7/2005 | 135362 | MIDWEST AIR TECHNOLOGIES | 284.36 |
| Invoice | 4/11/2005 | 135690 | MIDWEST AIR TECHNOLOGIES | 225.00 |
| Invoice | 4/12/2005 | 135446 | MIDWEST AIR TECHNOLOGIES | 221.20 |
| Invoice | 4/12/2005 | 135470 | MIDWEST AIR TECHNOLOGIES | 475.00 |
| Invoice | 4/15/2005 | 135462 | MIDWEST AIR TECHNOLOGIES | 406.13 |
| Invoice | 4/18/2005 | 135771 | MIDWEST AIR TECHNOLOGIES | 129.94 |
| Invoice | 4/19/2005 | 135473 | MIDWEST AIR TECHNOLOGIES | 136.26 |
| Invoice | 4/20/2005 | 135526 | MIDWEST AIR TECHNOLOGIES | 87.40 |
| Invoice | 4/20/2005 | 135782 | MIDWEST AIR TECHNOLOGIES | 638.00 |
| Invoice | 4/27/2005 | 135692 | MIDWEST AIR TECHNOLOGIES | 125.50 |
| Invoice | 5/6/2005 | 135563 | MIDWEST AIR TECHNOLOGIES | 262.00 |
| Invoice | 5/9/2005 | 135696 | MIDWEST AIR TECHNOLOGIES | 1,370.40 |
| Invoice | 5/17/2005 | 135677 | MIDWEST AIR TECHNOLOGIES | 555.40 |
| Invoice | 5/27/2005 | 135935 | MIDWEST AIR TECHNOLOGIES | 728.10 |
| Invoice | 6/1/2005 | 139214 | MIDWEST AIR TECHNOLOGIES | 200.00 |
| Invoice | 8/2/2005 | 136455 | MIDWEST AIR TECHNOLOGIES | 759.00 |
| Invoice | 10/21/2005 | 137516 | MIDWEST AIR TECHNOLOGIES | 450.00 |
| Invoice | 11/7/2005 | 137736 | MIDWEST AIR TECHNOLOGIES | 715.00 |
| **Total MIDWEST AIR TECHNOLOGIES** | | | | **11,793.81** |
| **TOTAL** | | | | **11,793.81** |

Ex. A

07/19/2006  15:40    2856829531            PACIFIC FREIGHT                    PAGE  02/07

| Pacific Freight Express | HAZMAT: ☐ | LOAD #: PF0S160502 | | |
| | EXPEDITE: ☐ | | INVOICE #: 135285 | |
| | TMP: 16100 | | TOTAL AMT: $1,060.82 | INVOICE DATE: 3/16/06 |

### SHIPMENT ITINERARY

- PICKUP AT  MIDWEST AIR TECHNOLOGIES    4500 92ND ST CT SW      LAKEWOOD, WA 98499
- DELIVER TO HOME DEPOT #4708            1325 FONES RD            OLYMPIA, WA 98501
- DELIVER TO HOME DEPOT #4725            580 7TH AVE              LONGVIEW, WA 98632
- DELIVER TO HOME DEPOT #4007            1729 N JANTZEN BEACH CENTER  PORTLAND, OR 97210
- DELIVER TO HOME DEPOT #4018            4401 SW 10TH AVE         BEAVERTON, OR 97005
- DELIVER TO OK COUNTRY FEED & SUPPLY    250 MAIN STREET          SWEET HOME, OR 97386

### FREIGHT CHARGES

| PU/DEL | QTY | DESCRIPTION | BL # | WEIGHT | RATE | CHARGES |
|--------|-----|-------------|------|--------|------|---------|
| ● to ● | 1.0 LOAD | | | 24,318 | FLAT | $899.00 |

### ACCESSORIAL CHARGES

| PU/DEL | QTY | DESCRIPTION | REF # | RATE | CHARGES |
|--------|-----|-------------|-------|------|---------|
| ● | 869.0 FSC | | | $0.19 PER GAL | $161.82 |

FREIGHT CHARGES: $899.00 + ACCESSORIAL CHARGES: $161.82 = TOTAL CHARGES: $1,060.82

**BILL TO:**

16100-TMP  
FILE  
COPY  
MIDWEST AIR TECHNOLOGIES  
ATTN: ACCOUNTS PAYABLE  
626 BARCLAY BOULEVARD  
LINCOLNSHIRE, IL 60069

**REMIT:**

PACIFIC FREIGHT EXPRESS, INC  
270 S HANFORD STREET, SUITE 112  
SEATTLE, WA 98134  
206/682-9530 FAX 206/682-9531

07/19/2006  16:48  2056829531          PACIFIC FREIGHT                    PAGE  01/07

*XTRA*

Great deals on STORAGE and CARTAGE trailers.
Ask about your rental, lease or purchase options today.

0094 B02B

| | |
|---|---|
| Invoice Date: | 03/15/05 |
| Payment Terms: | Net 16 |
| Page Number: | 1 of 1 |
| Customer No.: | 230TY |
| Invoice Amount: | $87.40 |
| Amount Paid: | |

POSTED
TMP-16605

(091341926377)

PACIFIC FREIGHT EXPRESS, INC.
270 S HANFORD ST STE 112
SEATTLE WA 98134-1836

Remit to:
XTRA Lease
PO Box 99262
Chicago IL 60693-9262
United States

Enclose your remittance, payable to XTRA Lease
with this payment coupon.
On your remittance, please indicate to which
invoice(s) you wish this payment to be applied.

| Unit # | Agreement # | PO # | Charge Description | From | Thru | Amount | Tax |
|---|---|---|---|---|---|---|---|
| Q18287 | 140013995 | | Rental | 02/14/05 | 02/20/05 | $50.00 | WA |
| VAN STORAGE, 48-0 TO 53-0 | | | Rental | 02/21/05 | 02/23/05 | $30.00 | WA |
| Authorized By Ivy Jones | | | Miles - Out 45 in 119 | 02/23/05 | 02/23/05 | $7.40 | WA |
| Wkly/Dly rate used on termination. | | | | | | | |
| 000074 actual miles @ 0.100/mile | $7.40 | | | | | | |

|  |  |
|---|---|
| Sub Total: | $87.40 |
| Total Tax: | $0.00 |
| PLEASE REMIT THIS AMOUNT USD: | $87.40 |

Invoice No.: 00948028
Invoice Date: 03/15/05
Customer No.: 230TY

For inquiries or Correspondence
XTRA Lease
1106 140th Ave
Sumner, WA 98390
(253) 863-2239

**Reprint Of Original**          *XTRA*          Thank you!

07/19/2006  16:51  2066829591          PACIFIC FREIGHT                    PAGE  01



**Pacific Freight Express**

| HAZMAT: ☐ | LOAD #: PF0312051 | PFT INV. AMOUNT | PAGE 1 OF 1 |
| EXPEDITE: ☐ | TRAILER #: 579734 | INVOICE #: 135245 | INVOICE DATE: 3/22/06 |
| TMP: 1820 | | TOTAL AMT: $1,025.44 | |

| | | | | |
|---|---|---|---|---|
| ▶ 3/23/06 | PICKUP AT  MIDWEST AIR TECHNOLOGIES | 4500 52ND ST CT SW | LAKEWOOD, WA 98465 |
| ▶ 3/23/06 | DELIVER TO HOME DEPOT #4008 | 3736 HAGERS GROVE RO SE | SALEM, OR 97301 |
| ▶ 3/23/06 | DELIVER TO HOME DEPOT #4010 | 1950 SE MINTER BRIDGE RO | HILLSBORO, OR 97123 |
| ▶ 3/23/06 | DELIVER TO HOME DEPOT #4013 | 10120 AE WASHINGTON ST | PORTLAND, OR 97216 |
| ▶ 3/23/06 | DELIVER TO HOME DEPOT #4004 | 11633 NE GLEN WIDING OR | PORTLAND, OR 97220 |

| PU/DEL | QTY | DESCRIPTION | BL # | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| ▶⇒● | 1.0 LOAD | | | 23,487 | $0.037 PER LB | $868.02 |

| PU/DEL | QTY | DESCRIPTION | REF # | | RATE | CHARGES |
|---|---|---|---|---|---|---|
| ● | 869.02 FSC | | | | $0.18 PER GAL | $156.42 |

*corrected 4/18*

**FREIGHT CHARGES: $868.02 + ACCESSORIAL CHARGES: $156.42 =**  TOTAL CHARGES: $1,025.44

**BILL TO:**

MIDWEST AIR TECHNOLOGIES
ATTN: ACCOUNTS PAYABLE
625 BARCLAY BOULEVARD
LINCOLNSHIRE, IL 60069

**REMIT:**

PACIFIC FREIGHT EXPRESS, INC
270 S HANFORD STREET, SUITE 112
SEATTLE, WA 98134
206/682-8535 FAX 206/682-8531

FILE COPY

07/19/2006  15:48  2856829531          PACIFIC FREIGHT          PAGE 06/07

**PACIFIC FREIGHT EXPRESS INC.**

270 So. Hanford St.    Tel: (206) 682-9895
Suite 112
Seattle, WA 98134

## UNIFORM STRAIGHT BILL OF LADING
### NOT NEGOTIABLE

Shipper's No. _____
Agent's No. _____
Date _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of the Bill of Lading,

at SHUTTLE  3-23-2005  From

Consigned to  MIDWEST AIR

Destination  LAKEWOOD  State  WA  Zip ____  County ____

Route _____

Delivering Carrier  PFE                    Car or Vehicle Initials  109  ___  No.

| No. Packages | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (Subject to Correction) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| X40 | SENU 4245859 | MT | | | |
| X40 | SENU 4268983 | MT | | | |
| X40 | HJCU 580388 | LD | | | |
| X40 | SCZU 3953287 | LD | | | |
| | | | | | |

| Sealedby at | Sealedby at | Sealedby at | Sealedby at | verified |
|---|---|---|---|---|
| Start 1300 | Start | Start | Start | |
| Stop 1400 | Stop | Stop | Stop | |

_____ Shipper, Per _____ Agent, Per _____

Permanent post-office address of shipper _____

white copy - ORIGINAL          yellow copy - SHIPPING ORDER

B. Holst  3/23/05

TMP = 16273    OD



07/19/2006   16:51     2865829531          PACIFIC FREIGHT                    PAGE   82

| HAZMAT: ☐ | LOAD #: PFO2240502 | | |
| EXPEDITE: ☐ | TRAILER #: 870001 | INVOICE #: 132277 | PAGE 1 OF 1 |
| TMP: 16297 | | TOTAL AMT: 0692.45 | INVOICE DATE: 3/25/05 |

**SHIPMENT ITINERARY**

| ● 3/25/05 | PICKUP AT MIDWEST AIR TECHNOLOGIES | 4500 BOND ST ST SW | LAKEWOOD, WA 98496 |
| ● 3/25/05 | DELIVER TO HOME DEPOT #4007 | 1725 N JANTZEN BEACH CENTER | PORTLAND, OR 97210 |
| ● 3/25/05 | DELIVER TO HOME DEPOT #4001 | 13700 NW SCIENCE PRK DR | PORTLAND, OR 97229 |
| ● 3/25/05 | DELIVER TO HOME DEPOT #4015 | 20250 SW PACIFIC HWY | SHERWOOD, OR 97143 |
| ● 3/25/05 | DELIVER TO HOME DEPOT #4040 | 8500 SE 82ND AVE | PORTLAND, OR 97295 |
| ● 3/25/05 | DELIVER TO HOME DEPOT #4730 | 330 SE 182ND AVE | VANCOUVER, WA 98685 |

**FREIGHT CHARGES**

| FR/DEL | QTY | DESCRIPTION | BL # | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| ●⇒● | 1.0 LOAD | | | | $0.027 PER LB | $754.79 |

**ACCESSORIAL CHARGES**

| FR/DEL | QTY | DESCRIPTION | REF # | | RATE | CHARGES |
|---|---|---|---|---|---|---|
| ● | 754.79 FSC | | | | $0.18 PER GAL | $137.66 |

**FREIGHT CHARGES: $754.79 + ACCESSORIAL CHARGES: $137.66 = TOTAL CHARGES: $892.45**

# FILE COPY

BILL TO:

MIDWEST AIR TECHNOLOGIES
ATTN: ACCOUNTS PAYABLE
825 BARCLAY BOULEVARD
LINCOLNSHIRE, IL 60069

REMIT:

PACIFIC FREIGHT EXPRESS, INC
270 S HANFORD STREET, SUITE 112
SEATTLE, WA 98134
206/682-8526 FAX 206/682-9531

07/19/2006  16:51    2056629531    PACIFIC FREIGHT    PAGE  04


Pacific Freight Express

| HAZMAT: ☐ | LOAD #: PF0330-05-03 |
| EXPEDITE: ☐ | TRAILER #: 151238 |
| TMP:  16333 | |

| PAY THIS AMOUNT | PAGE 1 of 1 |
| INVOICE #: 130340 | INVOICE DATE: 3/30/05 |
| TOTAL AMT: $1,044.35 | |

| | | | |
|---|---|---|---|
| ● 3/31/05 | PICKUP AT  MIDWEST AIR TECHNOLOGIES | 4600 92ND ST CT SW | LAKEWOOD, WA 98499 |
| ● 3/31/05 | DELIVER TO  HOME DEPOT #4708 | 1325 FONES RD | OLYMPIA, WA 98501 |
| ● 3/31/05 | DELIVER TO  HOME DEPOT #4725 | 580 7TH AVE | LONGVIEW, WA 98632 |
| ● 3/31/05 | DELIVER TO  HOME DEPOT #4738 | 330 SE 192ND AVE | VANCOUVER, WA 98665 |
| ● 3/31/05 | DELIVER TO  HOME DEPOT #4010 | 1950 SE WINTER BRIDGE RD | HILLSBORO, OR 97123 |
| ● 3/31/05 | DELIVER TO  HOME DEPOT #4014 | 25101 SE STARK ST | TROUTDALE, OR 97060 |

| PU/DEL | QTY | DESCRIPTION | BL # | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| O ⚬ ● | 23,920.0 LOAD | | | | $0.037 PER UNIT | $885.04 |

| PU/DEL | QTY | DESCRIPTION | REF # | RATE | CHARGES |
|---|---|---|---|---|---|
| ● | 885.04 FSC | | | $0.18 PER UNIT | $159.31 |

FREIGHT CHARGES: $885.04 + ACCESSORIAL CHARGES: $159.31 = TOTAL CHARGES: $1,044.35

BILL TO:

R333-TMP
FILE
3PY

MIDWEST AIR TECHNOLOGIES
ATTN: ACCOUNTS PAYABLE
625 BARCLAY BOULEVARD
LINCOLNSHIRE, IL 60069

REMIT:

PACIFIC FREIGHT EXPRESS, INC
270 S HANFORD STREET, SUITE 112
SEATTLE, WA 98134
206/682-8595 FAX 206/682-9531

87/28/2005  13:29    2066629531          PACIFIC FREIGHT              PAGE  81/14

 Pacific Freight Express

| HAZMAT: ☐ | LOAD #: PF04060501 | PAY THIS AMOUNT | PAGE 1 OF 1 |
|---|---|---|---|
| EXPEDITE: ☐ | TRAILER #: 378409 | INVOICE #: 136302 | INVOICE DATE: 4/7/05 |
| TMP: 18421 | | TOTAL AMT: $1,000.85 | |

| | | | | |
|---|---|---|---|---|
| ☉ 4/7/05 | PICKUP AT  MIDWEST AIR TECHNOLOGIES | 4500 92ND ST CT SW | LAKEWOOD, WA 98468 |
| ● 4/7/05 | DELIVER TO HOME DEPOT #4708 | 1335 FONES RD | OLYMPIA, WA 98501 |
| ● 4/7/05 | DELIVER TO HOME DEPOT #4004 | 11633 NE GLEN WIDING DR | PORTLAND, OR 97220 |
| ● 4/7/05 | DELIVER TO HOME DEPOT #4028 | 3600 W 6TH ST | THE DALLES, OR 97058 |
| ● 4/7/05 | DELIVER TO HOME DEPOT #4726 | 630 7TH AVE | LONGVIEW, WA 98632 |
| ☉ 4/7/05 | DELIVER TO HOME DEPOT #4007 | 1728 N JANTZEN BEACH CENTER | PORTLAND, OR 97210 |

| PU/DEL | QTY | DESCRIPTION | BL # | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| ●**● | 1.0 LOAD | | | 22,827 | $0.037 PER LB | $844.60 |

| PU/DEL | QTY | DESCRIPTION | REF # | | RATE | CHARGES |
|---|---|---|---|---|---|---|
| ☉ | 944.0 MIC | | | | $0.165 PER UNIT | $156.25 |

**FREIGHT CHARGES: $844.60 + ACCESSORIAL CHARGES: $156.25 =** TOTAL CHARGES: $1,000.85

BILL TO:                                    REMIT:

18421-TMP    MIDWEST AIR TECHNOLOGIES          PACIFIC FREIGHT EXPRESS, INC
FILE         ATTN: ACCOUNTS PAYABLE            270 S HANFORD STREET, SUITE 112
COPY         820 BARCLAY BOULEVARD             SEATTLE, WA 98134
             LINCOLNSHIRE, IL 60069            206/682-9536 FAX 206/682-9631

07/20/2006  13:30  2066029531          PACIFIC FREIGHT          PAGE  02



| | HAZMAT: ☐ | LOAD #: PF505-05-1 | | | |
|---|---|---|---|---|---|
| Pacific Freight Express | EXPEDITE: ☐ | | | INVOICE #: 135888 | INVOICE DATE: 6/9/05 |
| | TMP: 16789 | | | TOTAL AMT: $1,370.40 | |

| | | | |
|---|---|---|---|
| ▶ 6/8/05 | PICKUP AT  MIDWEST AIR TECHNOLOGIES | 4500 92ND ST CT SW | LAKEWOOD, WA 98499 |
| ▶ 5/8/05 | DELIVER TO HOME DEPOT #4040 | 9300 SE 82ND AVE | PORTLAND, OR 97266 |
| ▶ 5/8/05 | DELIVER TO HOME DEPOT #4004 | 11633 NE GLEN WIDING DR | PORTLAND, OR 97220 |
| ▶ 5/8/05 | DELIVER TO HOME DEPOT #4013 | 10120 SE WASHINGTON ST | PORTLAND, OR 97216 |
| ▶ 5/8/05 | DELIVER TO HOME DEPOT #4017 | 2002 WASHINGTON ST | OREGON CITY, OR 97045 |
| ▶ 6/8/05 | DELIVER TO HOME DEPOT #4010 | 1950 SE MINTER BRIDGE RD | HILLSBORO, OR 97123 |
| ▶ 5/8/05 | DELIVER TO HOME DEPOT #4718 | 8501 NE ANDRESEN RD | VANCOUVER, WA 98665 |

| FUNDEL | QTY | DESCRIPTION | BL # | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| ▶⇨● | 1.0 LOAD | | | 25,988 | FLAT | $1,370.40 |

FREIGHT CHARGES: $1,370.40  =  TOTAL CHARGES : 1,370.40

BILL TO:

MIDWEST AIR TECHNOLOGIES
ATTN: ACCOUNTS PAYABLE
629 BARCLAY BOULEVARD
LINCOLNSHIRE, IL 60069

REMIT:

PACIFIC FREIGHT EXPRESS, INC
270 S HANFORD STREET, SUITE 112
SEATTLE, WA 98134
206/682-8591 FAX 206/682-9531

07/28/2006  13:23  2065829531                    PACIFIC FREIGHT                    PAGE  12/14

| | |
|---|---|
| Date: 05/09/2006 | **BILL OF LADING** |

**BILL OF LADING**

Page 1 OF 1

| Name: | Midwest Air Technologies, Inc |
|---|---|
| Address: | Building 19, 4500 92nd St. Ct. S.W. |
| City/State/Zip: | Lakewood          WA          98499 |
| SID#: | FOB [] |

BIll of Lading Number:

# 80544807
80544807

| Name: | THE HOME DEPOT 4040 |
|---|---|
| Address: | 9300 SE 82ND STREET |
| City/St/Zip: | PORTLAND, OR 97266 |
| Phone: | 503-774-6342 |
| CID#: | Store Number: 4040 |

Carrier Name:
Trailer number:
Seal number(s):
Pro #/ Routing # :

SCAC:

coflec  404069174

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ___X___  Collect _____  3rd Party _____

| CUSTOMER ORDER NO. | # PKGS | WEIGHT | Pallet/Slip Circle One | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 40061518 | 42 ctns | 2870 lbs | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | **42 ctns** | **2870 lbs** | | | |

| Handling Unit | | PACKAGE | | WEIGHT | H.M (X) | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | Class |
| | | 38 | ctns | 1243 lbs | | Wire, welded or woven, iron or steel | 68028.5 | 50 |
| | | 1 | ctns | 1318 lbs | | With/without equipment of steel fittings | 68050.4 | 50 |
| | | 3 | ctns | 108 lbs | | Wire, iron or steel, covered or insulate | 87830 | 60 |
| | | 42 | | 2,670 | | | | |

RECEIVING SIGNATURE          DATE :
5/9/05

CARRIER SIGNATURE          DATE :
05-09-05

** PROPERTY DESCRIBED ABOVE HAS BEEN RECEIVED IN GOOD ORDER EXCEPT AS NOTED ABOVE

** DAMAGES AND SHORTAGES MUST BE NOTED AT TIME OF DELIVERY

PALLETS SHIPPED
3

TRAILER LOADED BY
[X] BY SHIPPER     [ ] BY DRIVER

PALLETS RECEIVED          PIECES RECEIVED

Pieces noted above

Freight Counted by:
( ) BY SHIPPER
( ) BY DRIVER PALLET SAID TO CONTAIN
( ) BY DRIVER - PALLETS AND PIECES

SHRINK WRAP INTACT AT PICKUP
YES [X]
NO  [ ]

SHRINK WRAP INTACT AT DELIVERY
YES [ ]    NO [ ]          SEAL INTACT AT DELIVERY
YES [ ]    NO [ ]

Date: 05/09/2005

# BILL OF LADING

Page 1 OF 1

Name: *Midwest Air Technologies, Inc*
Address: *Building 19, 4500 92nd St. Ct. S.W.*
City/State/Zip: *Lakewood* WA 98498
SID#:
FOB []

Bill of Lading Number:

**80544804**

80544804

Name: THE HOME DEPOT 4013
Address: 10120 SE WASHINGTON STREET
City/St/Zip: PORTLAND, OR 97216
Phone: 503-261-8643
CID#: Store Number: 4013

Carrier Name:
Trailer number:
Seal number(s):
Pro #/ Routing # :

SCAC:

KeyRec 401329460

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid X Collect ____ 3rd Party ____

| CUSTOMER ORDER NO. | # PKGS | WEIGHT | Pallet/Slip Circle One | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 13036124 | 128 ctns | 6815 lbs | (Y) | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 128 ctns | 6815 lbs | | | |

| Handling Unit QTY | Handling Unit TYPE | PACKAGE QTY | PACKAGE TYPE | WEIGHT | H.M (X) | | LTL ONLY NMFC# | LTL ONLY Class |
|---|---|---|---|---|---|---|---|---|
| | | 119 | ctns | 3966 lbs | | wire, welded or woven, iron or steel | 89026.5 | 50 |
| | | 5 | ctns | 2694 lbs | | With/without equipment of steel fittings | 68050.4 | 50 |
| | | 1 | ctns | 47 lbs | | Post, Fence | 68050.6 | 50 |
| | | 3 | ctns | 108 lbs | | Wire, iron or steel, covered or insulate | 97630 | 60 |
| | | | | | | | | |
| | | 128 | | 6,815 | | | | |

RECEIVING SIGNATURE DATE :
05-09-05

** PROPERTY DESCRIBED ABOVE HAS BEEN RECEIVED IN GOOD ORDER EXCEPT AS NOTED ABOVE

** DAMAGES AND SHORTAGES MUST BE NOTED AT TIME OF DELIVERY

PALLETS RECEIVED [ ] PIECES RECEIVED [ ]

SHRINK WRAP INTACT AT DELIVERY YES [ ] NO [ ]

SEAL INTACT AT DELIVERY YES [ ] NO [ ]

CARRIER SIGNATURE DATE :

PALLETS SHIPPED: 8

TRAILER LOADED BY: (X) BY SHIPPER ( ) BY DRIVER

Freight Counted by:
( ) BY SHIPPER
(X) BY DRIVER PALLET SAID TO CONTAIN
( ) BY DRIVER - PALLETS AND PIECES

SHRINK WRAP INTACT AT PICKUP YES [ ] NO [ ]

Signature of Consignor

07/20/2006 13:38 2056825531 PACIFIC FREIGHT PAGE 01

07/28/2006  13:38    2066629531          PACIFIC FREIGHT               PAGE  03

# BILL OF LADING

Date: 05/09/2006                                                Page 1 OF 1

**Bill of Lading Number:**

Name:        Midwest Air Technologies, Inc
Address:     Building 18, 4600 92nd St. Ct. S.W.
City/State/Zip: Lakewood          WA        98499
SID#:                            FOB []

# 80543629

80543629

Name:        THE HOME DEPOT, #4017
Address:     2002 WASHINGTON STREET
City/St/Zip: OREGON CITY, OR 97045
Phone:       503-723-3181
CID#:        Store Number: 4017

Carrier Name:
Trailer number:
Seal number(s):
Pro #/ Routing # :

SCAC:

*Keyra*   40ſ732316

Freight Charges Terms: (freight charges are
prepaid unless marked otherwise)
Prepaid __X__ Collect ____ 3rd Party ____

| CUSTOMER ORDER NO. | # PKGS | WEIGHT | Pallet/Slip Circle One | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 17038723 | 48 ctns | 4411 lbs | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 48 ctns | 4411 lbs | | | |

| Handling Unit | | PACKAGE | | | | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H/M | | NMFC# | Class |
| | | 46 | ctns | 1020 lbs | | Wire, welded or woven, iron or steel | 66025.5 | 50 |
| | | 2 | ctns | 3391 lbs | | With/without equipment of steel fittings | 66060.4 | 50 |
| | | | | | | | | |
| | | 48 | | 4,411 | | | | |

**RECEIVING SIGNATURE**          DATE :

** PROPERTY DESCRIBED ABOVE HAS BEEN RECEIVED IN
GOOD ORDER EXCEPT AS NOTED ABOVE

** DAMAGES AND SHORTAGES MUST BE NOTED AT TIME OF DELIVERY

PALLETS RECEIVED          PIECES RECEIVED

SHRINK WRAP INTACT AT DELIVERY
YES [ ]    NO [ ]          SEAL INTACT AT DELIVERY
YES [ ]    NO [ ]

**CARRIER SIGNATURE**          DATE :   05-09-0

PALLETS SHIPPED
None noted above        3

TRAILER LOADED BY
( ) BY SHIPPER   ( ) BY DRIVER

SHRINK WRAP INTACT AT PICKUP
YES [ ]
NO [ ]

07/28/2006  13:38    2066929631              PACIFIC FREIGHT                    PAGE  04

Date: 05/09/2005                   **BILL OF LADING**                 Page 1 OF 1

| Name: | Midwest Air Technologies, Inc |
| Address: | Building 15, 4500 92nd St. Ct. S.W. |
| City/State/Zip: | Lakewood | | WA | 98499 |
| SID#: | | FOB ☐ |

**Bill of Lading Number:**

# 80543017
80543017

| Name: | THE HOME DEPOT, #4017 |
| Address: | 2002 WASHINGTON STREET |
| City/St/Zip: | OREGON CITY, OR 97045 |
| Phone: | 503-728-3181 |
| CID#: | Store Number: 4017 |

Carrier Name:
Trailer number:
Seal number(s):
Pro #/ Routing # :

SCAC:

KeyRey 401 732 315

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ___X___  Collect _____  3rd Party _____

| CUSTOMER ORDER NO. | # PKGS | WEIGHT | Pallet/Slip Circle One | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 17038650 | 10 ctns | 81 lbs | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | **10 ctns** | **81 lbs** | | | |

| Handling Unit | | PACKAGE | | WEIGHT | H/M (X) | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | Class |
| | | 10 | ctns | 81 lbs | | Tools, hand, other than power/plastic | 186900 | 70 |
| | | | | | | | | |
| | | | | | | | | |
| | | 10 | | 81 | | | | |

**RECEIVING SIGNATURE**       DATE :

** PROPERTY DESCRIBED ABOVE HAS BEEN RECEIVED IN GOOD ORDER EXCEPT AS NOTED ABOVE

** DAMAGES AND SHORTAGES MUST BE NOTED AT TIME OF DELIVERY

PALLETS RECEIVED          PIECES RECEIVED

SHRINK WRAP INTACT AT DELIVERY          SEAL INTACT AT DELIVERY

YES ☐  NO ☐          YES ☐  NO ☐

**CARRIER SIGNATURE**       DATE :  05-09-05

PALLETS SHIPPED

TRAILER LOADED BY
☐ BY SHIPPER   ☐ BY DRIVER

FREIGHT COUNTED BY
( ) BY SHIPPER
( ) BY DRIVER PALLET SAID TO CONTAIN
( ) BY DRIVER - PALLETS AND PIECES

SHRINK WRAP INTACT AT PICKUP
YES ☐
NO ☐

07/19/2006  15:46   2056829531              PACIFIC FREIGHT                    PAGE  01/02



| | HAZMAT: ☐<br>EXPEDITE: ☐<br>TMP: 19628 | LOAD #: PF0427-08-2 | PAY THIS AMOUNT<br>INVOICE #: 136682<br>TOTAL AMT: $1,274.10 | PAGE: 1 OF 1<br>INVOICE DATE: 4/27/05 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ⬤ 4/27/05 | PICKUP AT  MIDWEST AIR TECHNOLOGIES | 4500 92ND ST CT SW | LAKEWOOD, WA 98499 | |
| ⬤ 4/27/05 | DELIVER TO HOME DEPOT #4725 | 580 7TH AVE | LONGVIEW, WA 98632 | |
| ⬤ 4/27/05 | DELIVER TO HOME DEPOT #4718 | 8801 NE ANDRESEN RD | VANCOUVER, WA 98665 | |
| ⬤ 4/27/05 | DELIVER TO HOME DEPOT #4014 | 25101 SE STARK ST | TROUTDALE, OR 97060 | |
| ⬤ 4/27/05 | DELIVER TO BURNS FEED STORE, INC. | 28215 SE ORIENT DRIVE | GRESHAM, OR 97080 | |

| PU/DEL | QTY | DESCRIPTION | BL # | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| D⬤⬤ | 1.0 PALLETS 34 | | | | FLAT | $840.00 |

| PU/DEL | QTY | DESCRIPTION | REF # | RATE | CHARGES |
|---|---|---|---|---|---|
| ⬤ | 840.0 FUEL SURCHARGE | | | $0.19 PER UNIT | $159.60 |
| ⬤ | 4.0 STOP | | | $50.00 PER UNIT | $200.00 |
| ⬤ | 1.0 TARPING | | | FLAT | $75.00 |

---

**FREIGHT CHARGES: $840.00 + ACCESSORIAL CHARGES: $434.60 =** TOTAL CHARGES: $1,274.60

BILL TO:                                          REMIT:

15628-TMP    MIDWEST AIR TECHNOLOGIES              PACIFIC FREIGHT EXPRESS, INC
FILE         ATTN: ACCOUNTS PAYABLE               270 S HANFORD STREET, SUITE 112
CPY          625 BARCLAY BOULEVARD                 SEATTLE, WA 98134
             LINCOLNSHIRE, IL 60069               206/682-9596 FAX 206/682-9531