## United States District Court for the Northern District of Illinois

Case Number: 08CV475                    Assigned/Issued By: J. N.

Judge Name: DARRAH                      Designated Magistrate Judge: COLE

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP         ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                          Receipt #: 1116448

Date Payment Rec'd: 1-22-08               Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons                                 ☐ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____
                                          _____
☐ Citation to Discover Assets             (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __1__ copies on __1-22-08__ as to __DEFENDANT__
                                   (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05