## CERTIFICATE OF SERVICE

I, Lee F. DeWald, an attorney, hereby certify that on March 3, 2008, I caused a copy of the foregoing Motion for Leave to File Motion to Dismiss to be served via e-filing upon the following counsel:

>Steven D. Gertler
>Law Offices of Steven D. Gertler & Associates, Ltd.
>415 North LaSalle Street, Suite 402
>Chicago, Illinois 60610

_____
Lee F. DeWald