IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PACIFIC FREIGHT EXPRESS, | ) | NO. 08 C 475 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MIDWEST AIR TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:  Mr. Steven D. Gertler
Law Offices of Steven D. Gertler & Associates, Ltd.
415 North LaSalle Street, Suite 402
Chicago, Illinois 60610


**PLEASE TAKE NOTICE** that on the **19th day of March, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the presiding Judge, in **Room 1203** in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Leave to File Motion to Dismiss previously filed and served upon you.

_____
Lee F. DeWald, Attorney for Midwest Air
Technologies, Inc.


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that by 5:00 p.m., on the 7th day of March, 2008, he placed in the U.S. Mail, 1237 South Arlington Heights Road, Arlington Heights, Illinois 60006, in an envelope addressed to the above addressees as listed on the Notice with proper postage affixed to said envelope, a copy of the above described Motion thereto.

_____


**RIEBANDT & DeWALD, P.C.**
1237 South Arlington Heights Road, P. O. Box 1880
Arlington Heights, IL 60006-1880
(847) 437-0303