# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 475 | **DATE** | 3/19/2008 |
| **CASE TITLE** | Pacific Freight vs. Midwest Air | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file a motion to dismiss is granted. This case is dismissed with prejudice.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|